1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6
7
8

| | |
|---|---|
| GILBERT GUZMAN, | ) 1:15-cv-00786-BAM (PC) |
| Plaintiff, | )<br>) ORDER GRANTING PLAINTIFF'S<br>) REQUEST FOR VOLUNTARY DISMISSAL<br>) (ECF No. 10) |
| v. | ) |
| PAM AHLIN, | )<br>) ORDER DIRECTING CLERK OF COURT<br>) TO CLOSE CASE AND ADJUST DOCKET<br>) TO REFLECT VOLUNTARY DISMISSAL |
| Defendant. | ) |
| | ) |

9
10
11
12
13
14
15

16   Plaintiff Gilbert Guzman ("Plaintiff") is a civil detainee proceeding pro se and in forma
17 pauperis in this civil rights action.  Plaintiff initiated this action on March 5, 2015, and the matter
18 was transferred to this Court on May 22, 2015.  (ECF Nos. 1, 7.)  Plaintiff consented to the
19 jurisdiction of a United States Magistrate Judge.  (ECF No. 6.)

20   On July 2, 2015, Plaintiff filed a document entitled "Notice of Withdrawl [sic] of Civil
21 Rights Complaint."  Plaintiff requests that this matter be "dismissed without prejudice."  (ECF
22 No. 10, p. 1.)  The Court construes the motion as one requesting voluntary dismissal of this
23 action pursuant to Federal Rule of Civil Procedure 41(a).

24   "[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his
25 action prior to service by the defendant of an answer or a motion for summary judgment."
26 Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)
27 (quotation and citation omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no
28 court order is required, the parties are left as though no action had been brought, the defendant

1

1  can't complain, and the district court lacks jurisdiction to do anything about it."  Id. at 1078.  In

2  this action, no defendant has been served and no defendant has filed an answer or motion for

3  summary judgment.

4        Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this

5  case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant

6  to Rule 41(a).  All pending motions, if any, are terminated.

7

8  IT IS SO ORDERED.

9     Dated:   **July 9, 2015**                       /s/ *Barbara A. McAuliffe*

10                                                                         UNITED STATES MAGISTRATE JUDGE